HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
VINCENT P. DYSINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:18-cr-00111-DB |
|---|---|
| Plaintiff, | ) **SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT** |
| v. | ) |
| VINCENT P. DYSINGER, | ) |
| Defendant. | ) DATE: August 16, 2018<br>) TIME: 10:00 a.m.<br>) JUDGE: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney Eric Chang, and defendant Vincent P. Dysinger, individually and by and through his counsel of record, Linda Allison, and U.S. Probation hereby stipulate to the following proposed schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report and to continue the judgment and sentence hearing for November 13, 2018 at 10:00 a.m. until November 27, 2018 at 10:00 a.m.

| | |
|---|---|
| Referral to Probation Officer: | **8/7/2018** |
| Proposed Pre-Sentence Report: | **9/17/2018** |
| Written Objections to the Pre-Sentence Report | **10/16/2018** |
| Pre-Sentence Report: | **10/23/2018** |
| Motion for Correction of the Pre-Sentence Report: | **10/30/2018** |

| | |
|---|---|
| Reply or Statement of Non-Opposition: | **11/6/2018** |
| Judgement and Sentencing: | **11/27/2018** |

Respectfully submitted,

DATE: August 20, 2018	HEATHER E. WILLIAMS
Federal Defender

*/s/ Linda C. Allison*
LINDA C. ALLISON
Assistant Federal Defender
Attorney for Brock M. Dace


DATED: August 20, 2018	McGREGOR W. SCOTT
United States Attorney

*/s/ Eric Chang*
Eric Chang
Special Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is further ordered that the November 13, 2018 judgement and sentencing hearing shall be continued until November 27, 2018 at 10:00 a.m. and the Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court

Dated: August 20, 2018

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE