HEATHER E. WILLIAMS, #122664
Federal Defender
LINDA C. ALLISON, #179741
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Linda_allison@fd.org

Attorney for Defendant
VINCENT P. DYSINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> VINCENT P. DYSINGER, <br><br> Defendant. | NO. 2:18-cr-111-DB <br><br> **AMENDED SCHEDULE FOR DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT** <br><br> DATE: November 27, 2018 <br> TIME: 10:00 a.m. <br> JUDGE: Hon. Deborah Barnes |

Plaintiff United States of America, by and through its attorney of record, Special Assistant United States Attorney Eric Chang, and defendant Vincent P. Dysinger, individually and by and through his counsel of record, Linda Allison, and U.S. Probation hereby stipulate to the following proposed schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report and to continue the judgment and sentence hearing for November 13, 2018 at 10:00 a.m. until November 27, 2018 at 10:00 a.m. The following is the amended PSR schedule:

| | |
|---|---|
| Proposed Pre-Sentence Report: | **10/02/2018** |
| Written Objections to the Pre-Sentence Report | **10/16/2018** |
| Pre-Sentence Report: | **10/23/2018** |
| Motion for Correction of the Pre-Sentence Report: | **10/30/2018** |

Stipulation and Order to Continue Status Conference

| | | |
|---|---|---|
| Reply or Statement of Non-Opposition: | | **11/06/2018** |
| Judgement and Sentencing: | | **11/27/2018** |

Respectfully submitted,

DATE: October 3, 2018　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　*/s/ Linda C. Allison*
　　　　　　　　　　　　　　　LINDA C. ALLISON
　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　Attorney for VINCENT DYSINGER


DATED: October 3, 2018　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　*/s/ Eric Chang*
　　　　　　　　　　　　　　　Eric Chang
　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　Attorney for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

It is further ordered that the November 13, 2018 judgement and sentencing hearing shall be continued until November 27, 2018 at 10:00 a.m. and the Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court.

Dated: October 3, 2018

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE